MITCHELL J. LANGBERG (Nevada Bar No. 10118)
mlangberg@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiff
BOYD GAMING CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOYD GAMING CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIK HALL, an individual,<br><br>Defendant. | Case No. 2:09-cv-02237-JCM-RJJ<br><br>**NOTICE OF SERVICE VIA ELECTRONIC MAIL** |

NOTICE IS HEREBY GIVEN that on the 2nd day of December, 2009, Plaintiff's counsel transmitted an e-mail to Defendant that included an electronic copy of the Complaint, Summons, Motion for Temporary Restraining Order, and Temporary Restraining Order. *See* Affidavit of Laura Bielinski, attached hereto as Exhibit 1; *see also* December 2, 2009, e-mail, attached hereto as Exhibit 2. This e-mail was sent to the bluechipcasino@pokerallin.net email address that Defendant provided to the domain name registrar when he registered <bluechipcasino.net>. *See* Exhibit 4 to Plaintiffs' Motion for Temporary Restraining Order, filed November 23, 2009.

////

///

///

12327\0\1341572.1

1

This services is not intended to replace Plaintiffs' obligations pursuant to Rule 4 of the Federal Rules of civil Procedure.

DATED this 2nd day of November, 2009      Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Mitchell J. Langberg
Mitchell J. Langberg (# 10118)
Laura E. Bielinski (# 10516)
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

Attorneys for Plaintiff
BOYD GAMING CORPORATION

**EXHIBIT 1**

## AFFIDAVIT OF LAURA BIELINSKI

COUNTY OF CLARK     )
                    ) ss.
STATE OF NEVADA     )

I, Laura Bielinski, being first duly sworn, do hereby state as follows:

1. I am an attorney at Brownstein Hyatt Farber Schreck, LLP, counsel for Plaintiff Station Casinos, Inc. ("Plaintiff") in this action. I make this Affidavit in support of Plaintiff's Amended Notice of Service By Electronic Mail. All of the statements contained in this Affidavit are made on the basis of personal knowledge, and I am competent to testify as to the truth of these statements if called upon to do so.

2. On December 2, 2009, I served upon Defendant Erik Hall ("Defendant") an e-mail that included an electronic copy of the Complaint, Summons, Motion for Temporary Restraining Order, and Temporary Restraining Order. See December 2, 2009, E-mail attached to the Notice of Service Via Electronic Mail as Exhibit 2. This e-mail was sent to the bluechipcasino@pokerallin.net email address that Defendant provided to the domain name registrar when he registered <bluechipcasino.net>. See Exhibit 4 to Plaintiffs' Motion for Temporary Restraining Order, filed November 23, 2009.

Dated this 2nd day of December, 2009.

_____
LAURA BIELINSKI

Subscribed and sworn before me
this 2nd day of December, 2009.

_____
Notary Public



OLIVIA A. RODRIGUEZ
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 04-89447-1
MY APPT. EXPIRES APRIL 20, 2012

1

**EXHIBIT 2**

**Bielinski, Laura**

---

| | |
|---|---|
| From: | Bielinski, Laura |
| Sent: | Wednesday, December 02, 2009 10:22 AM |
| To: | 'bluechipcasino@pokerallin.net' |
| Subject: | LEGAL NOTICE- OPEN IMMEDIATELY |
| Attachments: | Complaint.pdf; Motion for TRO and PI.pdf; Summons.pdf; TRO.pdf |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Boyd Gaming Corporation
Plaintiff,

v.

Erik Hall.
Defendant.

The individual referenced above has been sued in Case No. 2:09-cv-02237-JCM-RJJ in United States District Court for the District of Nevada for (1) Cybersquatting under 15 U.S.C. § 1125(d), (2) Trademark Infringement under 15 U.S.C. § 1114, (3) Unfair Competition under 15 U.S.C. § 1125(a), (4) Trademark Dilution under 15 U.S.C. § 1125(c), (5) Common Law Trademark Infringement, (6) Deceptive Trade Practices under N.R.S. § 598.0903, et seq., and (7) Intentional Interference with Prospective Economic Advantage for the registration and use of the following domain names:

1.  <bluechipcasino.net>

By the Court's Order, the attached documents are to be served on Defendant by e-mail, based upon the contact information provided by Defendant to the domain name registrar, so as to provide timely notice to Defendant that Plaintiff's Motion for Preliminary Injunction will be heard by the court on **December 10, 2009 at 10:00 a.m.** Defendant may file opposing papers, if any, no later than **December 4, 2009**. Defendant must appear before the Court on that date or suffer judgment to be entered against them in favor of Plaintiff.

A file-stamped copy of the Complaint, the Motion for Temporary Restraining Order Without Notice, Summons, and a copy of the Temporary Restraining Order are all attached.

Laura Bielinski

Brownstein Hyatt Farber Schreck, LLP
100 City Parkway, Suite 1600
Las Vegas, NV  89106-4614
LBielinski@bhfs.com
T  702.464.7019
F  702.382.8135

STATEMENT OF CONFIDENTIALITY & DISCLAIMER

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 702.382.2101 or reply by e-mail and delete or discard the message. Thank you.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Brownstein Hyatt & Farber, P.C. for any loss or damage arising in any way from its use.